

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Iqbal Akhtar v. Leawood HOA, Inc.

Appellate case number:   01-15-00694-CV

Trial court case number:  1053689

Trial court:                   County Civil Court at Law No. 2 of Harris County

It is ordered that Appellant's Motion for En Banc Review is **denied**.

Justice's signature: /s/ Rebeca Huddle
                             Acting for the En Banc Court*

Date: February 2, 2017

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.